UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, YUMA DIVISION

United States of America                                         CASE: 19-61075MP

vs.

Edvin Darinel Gonzalez-Roblero

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Edvin Darinel Gonzalez-Roblero, was represented by counsel, Carlos Velazquez Marrero (FPD).

The defendant pled guilty to the Complaint on 05/03/2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 04/30/2019 |

As pronounced on 05/03/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TWENTY (20) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Friday, May 03, 2019.

James F. Metcalf
United States Magistrate Judge

Arresting Agency: YUM
FBI Number: N6H2MM9T2

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - YUMA** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 05/03/2019        Case Number: 19-61075MP

USA vs. **Edvin Darinel Gonzalez-Roblero**
U.S. MAGISTRATE JUDGE: JAMES F. METCALF      Judge AO Code: 70BV
ASSIGNED U.S. Attorney: Joshua Kolsrud
INTERPRETER REQ'D: Miguel Aguayo, Spanish
Attorney for Defendant: Carlos Velazquez Marrero (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense    [X] Date of Arrest: **04/30/2019**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TWENTY (20) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.

OTHER:    Carlos Velazquez Marrero (FPD) is appointed as attorney of record for defendant.

|   |   |
|---|---|
| Recorded by Courtsmart | COP: 2 |
| BY: Angela Gutierrez | Sent: 0 |
| Deputy Clerk | IA: 0 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| | CASE: 19-61075MP |
| vs. | Citizenship: GUATEMALA |
| Edvin Darinel Gonzalez-Roblero | DOA: 04/30/2019 |
| YOB: 2000 | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
That on or about April 30, 2019, near San Luis, Arizona in the District of Arizona, Defendant Edvin Darinel GONZALEZ-Roblero, an alien, did knowingly and willfully attempt to enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

The Defendant, a citizen of Guatemala and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona. The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Guatemala and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant provided fraudulent biographical information and attempted to present himself as an unaccompanied juvenile. Illegal Aliens frequently use false information to defraud the U.S. Government in order to receive undue immigration benefits, avoid prosecution, and be released into the United States in an expedited manner. The Defendant last attempted to enter the United States illegally without inspection near San Luis, Arizona on April 30, 2019. To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Matthew Tayton, Martin Salgado and Luca Barrera To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, seizure, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPAs Jerry Santillan, Alassane Coulibaly and Ryan Smith.

File Date: 05/03/2019                               at Yuma, Arizona

Stephen M. Seward, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 05/03/2019

**James F. Metcalf**
**United States Magistrate Judge**

FBI Number: N6H2MM9T2

Magistrate Information Sheet

Complaint: Edvin Darinel Gonzalez-Roblero

Criminal History: NONE

Immigration History: NONE